CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Juan Carlos Melendez-Velazquez<br>YOB: 2002; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>26-06137MJ |

Complaint for violation of Title 8, United States Code Section 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about April 30, 2026, at or near Douglas, in the District of Arizona, **Juan Carlos Melendez-Velazquez**, an alien, did intentionally and knowingly attempt to unlawfully enter the United States of America from Mexico at a time or place other than as assigned by immigration officials of the United States of America in violation of Title 8, United States Code Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Juan Carlos Melendez-Velazquez** is a citizen of Mexico. On April 30, 2026, agents found **Juan Carlos Melendez-Velazquez** attempting to enter the United States at or near Douglas, Arizona without the proper immigration documents. **Juan Carlos Melendez-Velazquez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to apply for admission to the United States. Furthermore, **Juan Carlos Melendez-Velazquez** admitted to attempting to illegally enter the United States of America from Mexico on or about April 30, 2026, at or near Douglas, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent<br>Eric R. Wood |

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 1, 2026 |
|---|---|

[1]    See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Hopkins